IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                              No. 4:19-cr-263-DPM

THURMAN BATEMAN                                                DEFENDANT
Reg. No. 32728-009

## ORDER

Bateman has filed a motion for appointment of a lawyer. He hopes to file a motion to reduce his sentence based on amendments to the Sentencing Guidelines.

Bateman doesn't have a right to an appointed lawyer in these circumstances. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009). And, regardless, he isn't entitled to reduced sentence. When he was sentenced, he received two criminal history points because he was on parole when he committed his new crime. Bateman wouldn't receive any status points under the amended Guidelines. This change, however, does not affect his sentencing range. He was a career offender, meaning he remains in criminal history category VI. His motion, *Doc. 36*, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2024